**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**KENAI IRONCLAD CORP.**                           **CIVIL ACTION NO: 19-2799**


**VERSUS**                                         **DISTRICT JUDGE**
                                                   **HON. NANNETTE JOLIVETTE BROWN**
**CP MARINE SERVICES, LLC.,**
**TEN MILE EXCHANGE, LLC.,**                       **MAGISTRATE JUDGE**
**CROWN POINT VENTURES, LLC.,**                    **HON. DONNA PHILLIPS CURRAULT**
**DARDAR INVESTMENTS, LLC.,**
**and JOSEPH DARDAR**


**MEMORANDUM IN OPPOSITION TO**
**MOTION TO CONTINUE TRIAL**

MAY IT PLEASE THE COURT:

        This Friday past, defendants in this matter, CP Marine Services, LLC and Ten Mile

Exchange, thorough counsel Alfred Rufty, filed a Motion to Continue trial on the merits styled as

a consent motion [Rec. Doc.41]. In representations made to Judge Currault in this matter by

counsel for mover earlier today, it was represented that the motion was initially prepared by Kenai

Ironclad Corp ("Kenai"), which it was not, and further that plaintiff's consent was unfettered and

that the parties had not agreed to anything with respect to the continuance or the deadlines in this

matter. Recognizing that the decision to continue this matter and under what terms resides solely

with this Court, in light of the recent representations made by counsel for movers, Kenai writes to

clarify its position and the terms of the agreement reached by and between counsel.

        Attached is a confirmatory email between Harry Morse, representing Kenai, and Alfred

Rufty, representing movers, that details the terms and conditions under which plaintiff would not

oppose defendant's motion to continue As set forth in the email (*See* Exhibit "A" attached hereto), the agreement was that:

- Kenai does not object to and will not oppose a motion filed for a brief (~ two month) continuance of trial in light of the hurricane;

- Kenai does not agree to reopening or resetting deadlines that have already passed, specifically including any pertaining to the designation of witnesses or exhibits by your clients or additional discovery. If you wish to conduct a deposition limited in scope to the recently provided quote for hull repairs, we'd be amenable to that provided it is so limited. We can address any particular issues individually;

- You've (Rufty) agreed to contact Judge Currault' s chambers to continue the settlement conference.

- You'll (Rufty) send a draft motion before filing.

To the extent that the continuance sought exceeds sixty (60) days' time, the motion is opposed. To the extent that movers, CP Marine Services, LLC and Ten Mile Exchange, LLC are seeking to reopen deadlines already passed (*with the notable exception of limited discovery on the hull repair quote*), the motion is opposed. Notwithstanding mover's representations to the contrary, these were the terms on which Kenai agreed not to oppose defendant's motion. In all other respects, the motion is opposed.

**DATED**: October 4, 2021

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Martin S. Bohman
MARTIN S. BOHMAN (#22005)
HARRY E. MORSE (#31515)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: MARTIN@BOHMANMORSE.COM
E-MAIL: HARRY@BOHMANMORSE.COM
*Attorneys for Kenai Ironclad Corp*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021 a true and correct copy of the foregoing *Memorandum in Opposition to Motion to Continue Trial* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to parties and counsel who are Filing Users by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to any non-CM/ECF participants.

/s/ Martin S. Bohman
**MARTIN S. BOHMAN**