**Subject:** Kenai / CP Holdings
**Date:** Wednesday, September 29, 2021 at 3:33:09 PM Central Daylight Time
**From:** Harry Morse
**To:** ajr@harrisrufty.com
**CC:** Martin Bohman, Ashley Fowlkes

Dear Alfred:

It was good speaking with you today. Following up on our conversation:

1. Kenai does not object to and will not oppose a motion filed for a brief (~ two month) continuance of trial in light of the hurricane.
2. Kenai does not agree to reopening or resetting deadlines that have already passed, specifically including any pertaining to the designation of witnesses or exhibits by your clients or additional discovery. If you wish to conduct a deposition limited in scope to the recently provided quote for hull repairs, we'd be amenable to that provided it is so limited. We can address any particular issues individually.
3. You've agreed to contact Judge Curault's chambers to continue the settlement conference.
4. You'll send a draft motion before filing.

Thanks,

Harry


**HARRY E. MORSE**
**BOHMAN | MORSE, LLC**
400 POYDRAS STREET, SUITE 2050 | NEW ORLEANS, LA 70130
**MAIN:** 504.930.4009 | **DIRECT: 504.930.4030**
**MOBILE: 504.435.0287** | FAX: 888.217.2748
UNITED KINGDOM : +44 (20) 83966350
Harry@bohmanmorse.com

*Please take notice that this electronic message and any attachments contain information from the law firm of Bohman Morse, L.L.C. that is confidential, privileged or otherwise not subject to disclosure under applicable law. This information is only for the use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please immediately notify us by telephone at 504.930.4009.*

EXHIBIT "A"