UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENAI IRONCLAD CORP.** | **CIVIL ACTION NO: 19-02799** |
| **VERSUS** | **DISTRICT JUDGE**<br>**HON. NANNETTE JOLIVETTE BROWN** |
| **CP MARINE SERVICES, LLC.,**<br>**TEN MILE EXCHANGE, LLC.,**<br>**CROWN POINT VENTURES, LLC.,**<br>**DARDAR INVESTMENTS, LLC.,**<br>**and JOSEPH DARDAR** | **MAGISTRATE JUDGE**<br>**HON. DONNA PHILLIPS CURRAULT** |

### KENAI IRONCLAD CORP.'S RESPONSE TO DEFENDANTS, CP MARINE ET AL FIRST SUPPLEMENT TO THE FIRST REQUESTS FOR PRODUCTION

Kenai Ironclad Corp. ("Kenai"), defendant in the above-captioned matter, and in response to the First Requests for Production, propounded by defendants, CP Marine Services, et al., provides Kenai Ironclad Corp's First Supplement to Defendant's First Requests for Production and does aver as follows:

### GENERAL OBJECTIONS

Kenai makes the following General Objections to Defendant's Requests for Production of Document set forth in Defendant's Request below:

1. Kenai objects to Defendant's Requests and to each individual request set forth in the same (Requests for Production Nos. 1 - 8) to the extent they seek to require Kenai to "identify", "produce", "provide", "state", or "describe", "any and all", "all", "each", or "every" person, witness, document, item, statement, complaint, facts, or other matter(s) which are subject of the requests for production, on the grounds that such discovery requests are overly broad, unduly burdensome and not within the scope of reasonably permitted discovery permitted by Federal Rules of Civil Procedure. Furthermore, it is not possible for Kenai to describe in detail in the context of responses to requests for production because there may be facts, documents, and persons having knowledge of such that are not yet known but will be discovered through other discovery.

### RESERVATION OF RIGHTS

The answer set forth below is made while specifically reserving each and every one of the General Objections set forth above as well as the objections set forth below in connection with each individual request for production also without waiving, but while specifically reserving, any



and all objections with respect to the subsequent use of any such responses and/or answers (and/or any documents or items whatsoever produced in connection with any of the responses) while specifically reserving:

1. All questions as to the competency, privilege, relevance, materiality, and/or admissibility or any of the same;
2. The right to object to the use of the answers or any of the same in any subsequent suit or proceeding on proper grounds;
3. The right to object at any time on any proper ground to other discovery procedures involving or related to the answers or any of the same; and
4. The right to amend, supplement, correct, or clarify any of the following at any point in time prior to trial.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Please produce all documents (including electronically stored information (ESI) such as, without limitation, email and text messages) exchanged since January 1, 2016 [sic] between representatives of Kenai and representatives of CP Marine and/or Ten Mile Exchange, LLC.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

As of the date these responses were prepared, Responsive documents were originally attached as Bates # Kenai-024 – 050 [Correspondence]. To supplement our response, attached is Bates # Kenai-076 - 099 [Correspondence II]

### REQUEST FOR PRODUCTION NO. 5:

Please produce all recordings in any form (audio and video), plus any transcriptions of same, relating in any way to the dispute at issue.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

Supplement to the videos previously produced, we have provided 25 videos in addition to the two (2) videos produced on June 16, 2021.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents and other evidence substantiating or otherwise relating to Kenai's alleged damages.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Photographs bearing Bates # Kenai-010 - 014 through Kenai-055 – 075 were produced on September 10, 2021. To supplement our response, we are providing Bates # Kenai-100 - 148 [Photos II] as well as Bates # Kenai-149 - 150 [Survey Iron Don 10.24.2019] & Bates # Kenai-151 – 155 [Iron Don Repair Quote 09.20.2021].

**DATED**: September 28, 2021

                                          Respectfully submitted:

                                          **BOHMAN | MORSE, LLC**

                                          /s/Martin S. Bohman
                                          MARTIN S. BOHMAN (#22005)
                                          HARRY E. MORSE (#31515)
                                          400 POYDRAS STREET, SUITE 2050
                                          NEW ORLEANS, LA 70130
                                          TELEPHONE: (504) 930-4009
                                          FAX: (888) 217-2744
                                          E-MAIL: MARTIN@BOHMANMORSE.COM
                                          E-MAIL: HARRY@BOHMANMORSE.COM

                                          *Attorneys for Kenai Ironclad Corp*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021 a true and correct copy of the *First Supplement to the First Requests for Production*, propounded by Defense, have been served upon all parties of record by electronic mail, facsimile, first class and/or certified mail pursuant to the Federal Rules of Civil Procedure.

                                          /s/Martin S. Bohman
                                          MARTIN S. BOHMAN