**From:** "Alfred J. Rufty" <ajr@harrisrufty.com>
**Date:** August 9, 2021 at 5:08:48 PM CDT
**To:** Martin Bohman <martin@bohmanmorse.com>
**Subject: Kenai v. CP Marine**

Dear Martin-

Please note the attached notice Request for Production of Documents and also a notice for the corporate deposition of Kenai Ironclad, which we've set for September 9, 2021 via Zoom. I suggest a start time of 10 am. If you'd like to adjust the date, we'd be happy to work with you on that.

Hope all goes well.

Best regards,

Alfred


Alfred J. Rufty III

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENAI IRONCLAD CORP. | * | |
| | * | NO. 19-02799 |
| VERSUS | * | |
| | * | JUDGE NANETTE |
| | * | JOLIVETTE BROWN |
| CP MARINE SERVICES, LLC, TEN | * | |
| MILE EXCHANGE, LLC, DARDAR | * | MAG. DONNA PHILLIPS |
| INVESTMENTS, LLC, AND JOSEPH | * | CURRAULT |
| DARDAR | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF CORPORATE DEPOSITION**
**OF KENAI IRONCLAD CORP.**

TO:   Kenai Ironclad Corp.
      Through Their Counsel of Record
      Martin Bohman, Esq.

PLEASE TAKE NOTICE that the undersigned, on behalf of CP Marine Services, LLC and Ten Mile Exchange, defendants herein, pursuant to Rules 30(b)(5) and 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of Kenai Ironclad Corp. via Zoom, at _____ a.m. on September 9, 2021 and continuing from day to day thereafter until the taking of testimony is completed, before a duly qualified court reporter or other person authorized to administer oaths.

AREAS OF INQUIRY:

1. Work performed at the CP Marine shipyard for Kenai and payment for same.

2. Events at the shipyard while Kenai's vessel was present and departing.

3. The work performed by Kenai and the vessel after leaving the shipyard.

4. The negotiation and terms of the contract(s) for the vessel's work after leaving the shipyard.

5. Kenai's history of payment to CP Marine and/or Ten Mile Exchange.

6. Witnesses to the events forming Kenai's claim.

7. Activities of the vessel after leaving the shipyard.

8. The planning and execution of Kenai's attempt at self-help repossession of the vessel from the shipyard.

9. The earnings and expenses of the vessel associated with its operation after leaving the shipyard

10. The damages claimed by Kenai and the evidence and basis therefor.

PLEASE TAKE FURTHER NOTICE that plaintiff is required by Rule 30(b)(6) and 30(b)(5) of the Federal Rules of Civil Procedure to designate within five (5) days from the service of this notice one or more officers, directors and managing agents, or other persons who consent to testify in its behalf, to testify upon the matters aforesaid, and to set forth for each person so that the matters upon which each will testify.

Moreover, Kenai Ironclad Corp. is hereby requested to produce for inspection/copying 10 days before the date and time hereinabove specified all documents and things within its possession relating to the following:

Work performed at the CP Marine shipyard for Kenai and payment for same.

1. Documents relating to the events at the shipyard while Kenai's vessel was present and departing.

2. Documents relating to the work performed by Kenai and the vessel after leaving the shipyard.

-2-

3. Documents relating to the negotiation and terms of the contract(s) for the vessel's work after leaving the shipyard.

4. Documents relating to Kenai's history of payment to CP Marine and/or Ten Mile Exchange.

5. Documents relating to witnesses to the events forming Kenai's claim.

6. Documents relating to activities of the vessel after leaving the shipyard.

7. Documents relating to the planning and execution of Kenai's attempt at self-help repossession of the vessel from the shipyard.

8. Documents relating to the earnings and expenses of the vessel associated with its operation after leaving the shipyard

9. Documents relating to the damages claimed by Kenai and the evidence and basis therefor.

Respectfully submitted,

**HARRIS & RUFTY, L.L.C.**

/s/ Alfred J. Rufty, III
**RUFUS C. HARRIS, III (La. Bar #6638)**
**ALFRED J. RUFTY III (La. Bar #19990)**
**650 Poydras Street, Suite 2710**
**New Orleans, Louisiana 70130**
**Telephone: (504) 525-7500**
**Attorneys for CP Marine Services, LLC**
**and Ten Mile Exchange, LLC**

-4-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via e-mail, this 9th day of August, 2021.

                                           /s/ Alfred J. Rufty, III
                                           **ALFRED J. RUFTY, III**