**From:** Martin Bohman <martin@bohmanmorse.com>
**Date:** Tuesday, August 10, 2021 at 9:11 AM
**To:** "Lisa J. Price" <ljp@harrisrufty.com>
**Subject:** Re: Kenai v. CP Marine

Lisa,

Al didn't clear that date with us so I will need to check with our client. I'll get back to you in a few days. Thanks for this.

Martin

--

MARTIN S. BOHMAN

BOHMAN | MORSE, LLC

400 POYDRAS STREET, SUITE 2050 | NEW ORLEANS, LA 70130

MAIN: 504.930.4009 | DIRECT: 504.930.4022

MOBILE: 225.288.3938 |FAX: 888.757.6899

UNITED KINGDOM : +44 (20) 83966350

MARTIN@BOHMANMORSE.COM

*Please take notice that this electronic message and any attachments contain information from the law firm of Bohman Morse, L.L.C. that is confidential, privileged or otherwise not subject to disclosure under applicable law. This information is only for the use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please immediately notify us by telephone at 504.930-4009.*



EXHIBIT C