**From:** Martin Bohman <martin@bohmanmorse.com>
**Sent:** Wednesday, August 25, 2021 12:38 PM
**To:** Alfred J. Rufty <ajr@harrisrufty.com>; Lisa J. Price <ljp@harrisrufty.com>
**Cc:** Ashley Fowlkes <ashley@bohmanmorse.com>; Harry Morse <harry@bohmanmorse.com>
**Subject:** Re: Kenai v. CP Marine

Al,

The 9TH won't work for my people. We will need to designate two individuals and neither are available until the 13TH of September. It's conceivable we could do it earlier, as in next week, but the date you picked won't work.

Also, we are in the process of responding to your discovery now, which we should be able to produce a little early, but not nearly early enough to make a deposition work for next week, even if we could find a time.

Best I can do is offer the deposition on the 13TH, which is after the discovery cut off, but we'd agree to that., subject to Court approval.

Martin

--

**MARTIN S. BOHMAN**

**BOHMAN | MORSE, LLC**

400 Poydras Street, Suite 2050 | New Orleans, LA 70130

**Main:** 504.930.4009 | Direct: **504.930.4022**

Mobile: **225.288.3938** |Fax: 888.757.6899

United Kingdom : +44 (20) 83966350

martin@bohmanmorse.com

*Please take notice that this electronic message and any attachments contain information from the law firm of Bohman Morse, L.L.C. that is confidential, privileged or otherwise not subject to disclosure under applicable law. This information is only for the use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please immediately notify us by telephone at 504.930-4009.*


EXHIBIT D