**From:** Lisa J. Price <ljp@harrisrufty.com>
**Date:** Wednesday, August 25, 2021 at 1:16 PM
**To:** Martin Bohman <martin@bohmanmorse.com>, Alfred J. Rufty <ajr@harrisrufty.com>
**Cc:** Ashley Fowlkes <ashley@bohmanmorse.com>, Harry Morse <harry@bohmanmorse.com>
**Subject:** RE: Kenai v. CP Marine

Martin,

Al will be out of town the week of 9/13.  Could they do the following week?

Lisa

