**From:** Martin Bohman <martin@bohmanmorse.com>
**Sent:** Thursday, August 26, 2021 9:36 AM
**To:** Lisa J. Price <ljp@harrisrufty.com>; Alfred J. Rufty <ajr@harrisrufty.com>
**Cc:** Ashley Fowlkes <ashley@bohmanmorse.com>; Harry Morse <harry@bohmanmorse.com>
**Subject:** Re: Kenai v. CP Marine

Good Morning Lisa,

I'll check with them and get back to you. The only week that they mentioned was off limits was the week starting the 6th

Martin

--

MARTIN S. BOHMAN

BOHMAN | MORSE, LLC

400 POYDRAS STREET, SUITE 2050 | NEW ORLEANS, LA 70130

MAIN: 504.930.4009 | DIRECT: **504.930.4022**

MOBILE: **225.288.3938** |FAX: 888.757.6899

UNITED KINGDOM : +44 (20) 83966350

MARTIN@BOHMANMORSE.COM

*Please take notice that this electronic message and any attachments contain information from the law firm of Bohman Morse, L.L.C. that is confidential, privileged or otherwise not subject to disclosure under applicable law. This information is only for the use of the*


EXHIBIT F