**From:** Harry Morse <hmorse@gmail.com>
**Date:** Friday, October 1, 2021 at 9:22 AM
**To:** Alfred Rufty <ajr@harrisrufty.com>
**Subject:** call when free

## Consent Motion to Continue Trial

**NOW INTO COURT**, through undersigned counsel, come defendants, who, with the consent of plaintiff, respectfully move this Court to continue trial briefly, by approximately two months.

Good cause for this continuance comes principally from the delays caused by Hurricane Ida. On account of Hurricane Ida, additional time is needed to complete preparation of the case for trial. The hurricane delayed a survey of the vessel and repair quotes for the vessel, which plaintiffs provided to the defendant on September 28, 2021. A brief continuance will allow the defendant to assess and test the newly-produced damage support documentation.

Because defendants have not yet had an opportunity to assess the plaintiff's damage support documentation, defendants are not in a position yet to make informed decisions with regard to settlement. A brief continuance would therefore make settlement more likely.

Counsel for the plaintiff has been contacted and does not oppose this motion.



EXHIBIT G