**From:** "Alfred J. Rufty" <ajr@harrisrufty.com>
**Date:** October 1, 2021 at 11:29:33 AM CDT
**To:** Harry Morse <harry@bohmanmorse.com>
**Subject: Re: Kenai / CP Holdings**


Thanks, Harry. Lisa will have the revised draft of the joint motion to you shortly. I guess we can agree to disagree on discovery for now and can mutually address it later if we can't work something out.  First things first on the trial date.

Best,
Alfred

Alfred J. Rufty III
Harris & Rufty, LLC
650 Poydras St., Ste. 2710
New Orleans, LA 70130

