MINUTE ENTRY
CURRAULT, M.J.
JANUARY 12, 2022
**MJSTAR:  0:38**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENAI IRONCLAD CORP. | * | CIVIL ACTION |
| VERSUS | * | NO. 19-2799 |
| CP MARINE SERVICES, LLC, ET AL | * | SECTION "G" (2) |

A second settlement conference was conducted on this date before the undersigned magistrate judge.  After discussions, the court was advised that the parties were unable to reach a settlement.  The parties will continue to engage in settlement discussions, and the parties were encouraged to contact my Chambers to schedule another settlement conference, if appropriate.  By copy of this minute entry, Chief Judge Brown is advised that this matter has not yet been resolved.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. NANNETTE JOLIVETTE BROWN**