UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENAI IRONCLAD CORP.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-2799** |
| **CP MARINE SERVICES, LLC et al.** | **SECTION: "G"** |

## JUDGMENT

In accordance with this Court's findings of fact and conclusions of law,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff Kenai Ironclad Corp. and against Defendants CP Marine Services, LLC and Ten Mile Exchange, LLC in the amount of $17,580.50 plus costs and reasonable attorney's fees; pre-judgment interest on this amount from March 5, 2019 to the date of judgment pursuant to La. R.S. § 9:3500; and post-judgment interest until the judgment is paid as provided in 28 U.S.C. § 1961(a).

**NEW ORLEANS, LOUISIANA**, this 17th day of May, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 89.