# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENAI IRONCLAD CORP.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2799** |
| **CP MARINE SERVICES, LLC, et al.** | **SECTION: "G"(2)** |

## ORDER

The Court, having considered the Motion for Attorney Fees,[1] the opposition,[2] the applicable law, the Findings and Recommendation of the United States Magistrate Judge,[3] and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[4]  Therefore,

**IT IS ORDERED** that the Motion for Attorney Fees[5] is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that Plaintiff Kenai Ironclad Corporation is awarded $38,831.40 in attorneys' fees.

---

[1] Rec. Doc. 104.

[2] Rec. Docs. 109, 112.

[3] Rec. Doc. 116.

[4] The Court notes that Defendant filed a notice seeking to "appeal to the United States Court of Appeals for the Fifth Circuit the Findings and Recommendation[] entered in this matter on July 21, 2022." Rec. Doc. 121. However, the Findings and Recommendation is a non-appealable order. *See Propes v. Dretke*, 130 Fed. App'x 654, at *1 (2005). Moreover, the filing of a notice of appeal does not strip the district court of jurisdiction when the party appeals from a non-appealable order *See Butler v. Denka Performance Elastomer LLC*, 806 Fed. App'x 271, 275 n.5 (2020).

[5] Rec. Doc. 104.

**IT IS FURTHER ORDERED** that Plaintiff Kenai Ironclad Corporation's request for costs is **DENIED WITHOUT PREJUDICE** to be refiled, if necessary, in accordance with Local Rule 54.

**NEW ORLEANS, LOUISIANA,** this __9th__ day of August, 2022.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**