# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 6, 2022
Lyle W. Cayce
Clerk

No. 22-30479

Kenai Ironclad Corporation,

*Plaintiff—Appellee,*

versus

CP Marine Services, L.L.C.; Ten Mile Exchange, L.L.C.,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-2799

---

Before King, Jones, and Smith, *Circuit Judges.*

Per Curiam:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this breach of contract action, Defendants filed a notice of appeal from the magistrate judge's report and recommendation regarding attorney fees and costs.

    "Federal appellate courts have jurisdiction over appeals only from (1) a final decision under 28 U.S.C. § 1291; (2) a decision that is deemed final due to jurisprudential exception or that has been properly certified as final

No. 22-30479

pursuant to FED. R. CIV. P. 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or that have been properly certified for appeal by the district court, 28 U.S.C. § 1292(b)." *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). The report and recommendation of a magistrate judge is not a final order and it does not fall into any of the other categories that would make it appealable. *See United States v. Cooper*, 135 F.3d 960, 961 (5th Cir. 1998). Moreover, although the district court subsequently adopted the report and recommendation, the present notice of appeal is not effective for purposes of appealing that judgment. *Id.* at 962 ("[T]he recommendation of a magistrate judge is not a final decision and does not in any way dispose of a party's claims.").

Accordingly, the appeal is DISMISSED for want of jurisdiction.

**Certified as a true copy and issued as the mandate on Sep 28, 2022**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**